| PROB 22 | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** FILED E-FILING | | 2:00CR00528-01 |
| 08 FEB 20 P 2 | | DOCKET NUMBER (Rec. Court) CR 08 00089 JF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Eastern District of California | DIVISION Northern |
|---|---|---|
| Robert B. WHITE Carmel, California | NAME OF SENTENCING JUDGE David F. Levi Chief United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/14/2007 | TO 11/13/2010 |

**OFFENSE**   18 USC 2252(a)(1) - Transporting Visual Depiction of a Child Engaging in Sexually Explicit Conduct

### PART 1 - ORDER TRANSFERRING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-7-08
Date

_/s/_ Chief United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

#### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 1 5 2008
Effective Date

_/s/ James Ware_
United States District Judge

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22) MRG