UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
SACRAMENTO, CALIFORNIA 95814

March 7, 2008

Clerk, US District Court
Northern District of California
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

Re:   USA v. White
      CR S- 00-0528-01 GEB (Eastern District of California)
      CR 08-00089 JF (Northern District of California)

Dear Sir/Madam:

Pursuant to the Transfer of Jurisdiction of probation/supervised release (form 22) having been filed in this district, the following documents are herewith forwarded for your records:

    XX    CERTIFIED COPY OF INDICTMENT

    XX    CERTIFIED COPY OF THE TRANSFER ORDER

    XX    CERTIFIED COPY OF THE DOCKET SHEET

    XX    CERTIFIED COPY OF JUDGMENT AND SENTENCING

Please acknowledge receipt of the above documents on the photocopy of this letter and return in the enclosed self-addressed stamped envelope.

Very truly yours,
Victoria C. Minor, Clerk

By: _____
K. Yin, Deputy Clerk

Date received: _____

Deputy Clerk: _____

*[FILED stamp: MAR 11 2008, RICHARD W. WIEKING, CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

PROB 22

**TRANSFER OF JURISDICTION** ORIGINAL FILED

08 FEB 2[?] 2:42

**CR 08-00089 JF**

RICHARD W. WIEKING
U.S. D[?]

| DOCKET NUMBER (Tran. Court) |
|---|
| 2:00CR00528-01 GEB |

| DOCKET NUMBER (Rec. Court) |
|---|
| CR 08-00089 JF |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Robert B. WHITE<br>Carmel, California | Eastern District of California | Northern |

FILED
FEB 27 2008
FEB 27 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| NAME OF SENTENCING JUDGE |
|---|
| David F. Levi<br>Chief United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM<br>11/14/2007 | TO<br>11/13/2010 |
|---|---|---|

**OFFENSE**  18 USC 2252(a)(1) - Transporting Visual Depiction of a Child Engaging in Sexually Explicit Conduct

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-7-08
Date

_____
Chief United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

FEB 15 2008
Effective Date

_____
United States District Judge (James Ware)

CC: United States Attorney
FLU Unit-United States Attorney's Office
Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 3/7/08

Rev. 11/2006
TRANSFER OF JURIS (PROB22) MRG

Case 2:06-cr-00528-DFL Document 52 Filed 03/11/2008 Page 3 of 20
Case 2:00-cr-00528-DFL Document 52 Filed 02/07/2002 Page 1 of 7

AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

FEB 7 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
Deputy Clerk

UNITED STATES OF AMERICA
v.
**ROBERT BLAIR WHITE**

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)
Case Number: <u>2:00CR00528 01</u>

MARCUS TOPEL, ESQ.
Defendant's Attorney

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 3/7/08

**THE DEFENDANT:**

[✔]  pleaded guilty to count(s): <u>2 of the Superseding Indictment</u>.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 2252(a)(1) | TRANSPORTING OF VISUAL DEPICTION OF A CHILD ENGAGING IN SEXUALLY EXPLICIT CONDUCT | 05/30/2000 | 2 |

The defendant is sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[✔]  Counts <u>1 AND 3 of the Superseding Indictment</u> are dismissed on the motion of the United States.

   [✔]  Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: ███████
Defendant's Date of Birth: ███████
Defendant's USM No.: 99443-111

Defendant's Residence Address:
4 SOUTH WEST 5ᵀᴴ SANTA RITA
CARMEL, CA 93921

Defendant's Mailing Address:
4 SOUTH WEST 5ᵀᴴ SANTA RITA
CARMEL, CA 93921

01/31/2002
Date of Imposition of Judgment

_____
Signature of Judicial Officer

HON. DAVID F. LEVI, United States District Judge
Name & Title of Judicial Officer

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **JACK L. WAGNER**
Clerk, U.S. District Court
Eastern District of California
By _____
Deputy Clerk
Dated 02/07/02

2/5/2002
Date

52

AO 245B-CAED (Rev. 9/01) Sheet 2 - Imprisonment

CASE NUMBER: 2:00CR00528 01
DEFENDANT: ROBERT BLAIR WHITE

Judgment - Page 2 of 7

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 97 MONTHS.

[✔] The court makes the following recommendations to the Bureau of Prisons:
 PLACEMENT AT BUTNER, N.C.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
 [ ] at ___ on ___.
 [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
 [ ] before _ on ___.
 [ ] as notified by the United States Marshal.
 [ ] as notified by the Probation or Pretrial Services Officer.
 If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

Case 5:08-cr-00089-JF   Document 2   Filed 03/11/2008   Page 5 of 20
Case 2:00-cr-00528-DFL   Document 52   Filed 02/07/2002   Page 3 of 7
AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER: 2:00CR00528 01            Judgment - Page 3 of 7
DEFENDANT: ROBERT BLAIR WHITE

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 MONTHS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

[✓]     The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✓]     The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER: 2:00CR00528 01
DEFENDANT: ROBERT BLAIR WHITE

Judgment - Page 4 of 7

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. The defendant shall provide the probation officer with access to any requested financial information.

3. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

4. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient), which may include the taking of prescribed psychotropic medication.

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month.

6. The defendant shall not possess or use a computer with access to any "on-line computer service." This includes any Internet service provider, bulletin board system, or any other public or private computer network. Nothing in this order shall be construed as to prohibit the defendant from using a credit card.

7. The defendant shall not possess or use any data encryption technique or program.

8. The defendant shall (i) consent to the probation officer and/or probation service representative conducting periodic unannounced examinations of his computer(s) equipment which may include retrieval and copying of all data from his computer(s) and any internal or external peripherals to ensure compliance with the conditions and/or removal of such equipment for the purpose of conducting a more thorough inspection; and (ii) consent at the direction of the probation officer to having installed on his computer(s), at his expense, any hardware or software systems to monitor his computer use.

9. The defendant shall refrain from accessing via computer any "material" that relates to the activity in which he was engaged in committing the instant offense, namely access to pornography of children or others.

10. The defendant shall provide all business/personal phone records to the probation officer upon request. Further, the defendant shall provide the probation officer written authorization to request a record of all outgoing or incoming phone calls from any service provider.

AO 245B-CAED (Rev. 9/01) Sheet 3 - Svised Release

| | |
|---|---|
| CASE NUMBER: 2:00CR00528 01 | Judgment - Page 5 of 7 |
| DEFENDANT: ROBERT BLAIR WHITE | |

11. The defendant shall not possess or use a computer that contains an internal modem and/or possess an external modem.

12. The defendant shall consent to third party disclosure to any employer or potential employer, concerning any computer-related restrictions that are imposed upon him.

13. As directed by the probation officer, the defendant shall participate in sex offender counseling.

14. The defendant shall not possess pornographic material or frequent places where pornographic material is the chief item of sale.

15. The defendant shall register, as required in the jurisdiction in which he resides, as a sex offender.

16. The defendant shall have no contact with minors under the age of 18, unless accompanied by a responsible adult previously approved by the probation officer.

17. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - ...inal Monetary Penalties

CASE NUMBER: 2:00CR00528 01            Judgment - Page 6 of 7
DEFENDANT: ROBERT BLAIR WHITE

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 100 | $ 75,000 | $ |

[ ] If applicable, restitution amount ordered pursuant to plea agreement .......... $_____

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[✔] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [✔] The interest requirement is waived.

    [ ] The interest requirement is modified as follows:

## RESTITUTION

[ ] The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived.

    [ ] The interest requirement is modified as follows:

[ ] The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
|  | TOTALS: | $ _____ | $ _____ |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - ..inal Monetary Penalties

CASE NUMBER:     2:00CR00528 01                                          Judgment - Page 7 of 7
DEFENDANT:       ROBERT BLAIR WHITE

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  [✔] immediately; or

B  [ ]  $ _ immediately, balance due (in accordance with C, D, or E); or

C  [ ]  not later than _ ; or

D  [ ]  in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  [ ]  in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.


Special instructions regarding the payment of criminal monetary penalties:


[ ]  The defendant shall pay the cost of prosecution.


# FORFEITURE

[X] The defendant shall forfeit the defendant's interest in the following property to the United States:

* Dell Laptop Computer, Model "Inspiron 3200"
* 1992 Mercedes Benz, License No. 3JEU781, Vin. No. WDBF61E5NF07262
* Sony Digital Camera, Model MVC-FD91, Serior No. 95619
* Sony computer, Model PCV150, Serial #2616390
* Other related peripheral computer equipment and removable media seized.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 3/7/08

**FILED**
OCT 25 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

PAUL L. SEAVE
United States Attorney
LAURA L. SWARTZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR. CR.S-00-0528 DFL
                          )
            Plaintiff,    ) VIOLATIONS: 18 U.S.C.
                          ) § 2251(a) - Attempting to
     v.                   ) Sexually Exploit a Minor;
                          ) Depiction; 18 U.S.C.
ROBERT BLAIR WHITE,       ) § 2252(a)(1) - Transporting
                          ) a Visual Depiction of a Child
            Defendant.    ) Engaging in Sexually Explicit
                          ) Conduct; 18 U.S.C. § 2253 -
                          ) Forfeiture
                          )

I N D I C T M E N T

COUNT ONE:     [18 U.S.C. § 2251(a) - Attempting to Sexually
               Exploit a Minor]

    The Grand Jury charges:  T H A T

               ROBERT BLAIR WHITE,

defendant herein, between approximately May 25, 2000 and June 9,

2000, in Sacramento County, State and Eastern District of

California, did attempt to employ, use, persuade, induce, and

entice a minor to engage in sexually explicit conduct, as defined

by Title 18, United States Code, Section 2256, with the intent

that such minor engage in such sexually explicit conduct for the

purpose of producing a visual depiction of such conduct, such visual depiction to be produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce, all in violation of Title 18, United States Code, Section 2251(a).

COUNT TWO:   [18 U.S.C. § 2252(a)(1) - Transporting a Visual Depiction of a Child Engaging in Sexually Explicit Conduct]

The Grand Jury further charges: T H A T

ROBERT BLAIR WHITE,

defendant herein, on or about May 30, 2000, did knowingly transport in interstate commerce by computer, to the County of Sacramento, State and Eastern District of California, a visual depiction which was produced using a minor engaging in sexually explicit conduct, as defined by Title 18, United States Code, Section 2256, which depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(1).

COUNT THREE:   [18 U.S.C. § 2253 - Forfeiture]

The Grand Jury further charges: T H A T

ROBERT BLAIR WHITE,

defendant herein, upon conviction for violating 18 U.S.C. § 2251(a), as alleged in Count One above, shall forfeit to the United States his interest in any and all matter which contains visual depictions of sexually explicit conduct produced, transported, shipped or received in violation thereof; any

property constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violation, including but not limited to the following:

(1) a Dell laptop computer, model "Inspiron 3200;"

(2) a 1992 Mercedes Benz, license no. 3JEU781, VIN. No. WDBFA61E5NF037262; and

(3) a Sony Digital Camera, model MVC-FD91, serial number 95619.

All in violation of Title 18, United States Code, Section 2253.

A TRUE BILL.

_____
FOREPERSON

_____
PAUL L. SEAVE
United States Attorney

CLOSED, PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:00-cr-00528-DFL All Defendants
## Internal Use Only

Case title: USA v. White

Date Filed: 10/25/2000
Date Terminated: 01/31/2002

Assigned to: Chief Judge David F. Levi

### Defendant (1)

**Robert Blair White**
*TERMINATED: 01/31/2002*

represented by **Marcus S. Topel**
Kasowitz Benson Torres and Friedman LLP
832 Sansome Street
Fourth Floor
San Francisco, CA 94111
415-421-6140
Fax: 415-398-5030
Email: mtopel@kasowitz.com
*TERMINATED: 01/31/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

### Pending Counts

None

**Disposition**

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated 3/7/08

### Highest Offense Level (Opening)

None

### Terminated Counts

18:2251A.F ATTEMPTING TO SEXUALLY EXPLOIT A MINOR
(1)

18:2251A.F ATTEMPTING TO SEXUALLY EXPLOIT A MINOR
(1s)

18:2252A.F TRANSPORTING A VISUAL DEPICTION OF A CHILD

**Disposition**

DISMISSED

DISMISSED

| | |
|---|---|
| ENGAGING IN SEXUALLY EXPLICIT CONDUCT (2) | DISMISSED |
| 18:2252A.F TRANSPORTING A VISUAL DEPICTION OF A CHILD ENGAGING IN SEXUALLY EXPLICIT CONDUCT (2s) | imprisonment 97 months; recommendation Butner, N.C.; TSR 36 months; fine $75,000; S/A $100; right to appeal waived |
| 18:2253.F FORFEITURE (3) | dismissed |
| 18:2252A.F POSSESSION OF MATERIALS CONTAINING IMAGES OF CHILD PORNOGRAPHY (3s) | DISMISSED |
| 18:2253.F FORFEITURE (4s) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

USA     represented by **Laura Lynn Ferris**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2932
Fax: (916) 554-2900
Email: laura.ferris@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 10/15/2000 | | | ARREST Warrant issued for Robert Blair White bail set at NO BAIL (ljr) (Entered: 10/26/2000) |
| 10/25/2000 | 1 | | INDICTMENT by US Attorney Laura L Swartz Counts filed against Robert Blair White (1) count(s) 1, 2, 3 (ljr) (Entered: |

| | | | |
|---|---|---|---|
| | | | 10/26/2000) |
| 10/25/2000 | 2 | | PETITION by plaintiff USA to seal indicement (ljr) (Entered: 10/26/2000) |
| 10/25/2000 | 3 | | ORDER by Magistrate Judge Dale A. Drozd that the documents shall be sealed until the arrest of dft or until further order of the court (ljr) (Entered: 10/26/2000) |
| 10/25/2000 | 4 | | ORDER by Magistrate Judge Dale A. Drozd sealing case until the arrest of the dft in this case or until further order of the court (ljr) (Entered: 10/26/2000) |
| 11/02/2000 | 5 | | ARREST Warrant returned executed as to defendant Robert Blair White defendant arrested on 11/2/00 (old) (Entered: 11/03/2000) |
| 11/09/2000 | | | (Court only) Docket Modification (Utility Event) case unsealed sealing order states - until dft is arrested; dft appeared before court 11/9/00 (old) (Entered: 11/13/2000) |
| 11/09/2000 | 6 | | MINUTES before Magistrate Judge Gregory G. Hollows trial confirmation hearing set for 2:00 12/14/00 for Robert Blair White jury trial set for 9:00 1/8/01 for Robert Blair White , dft Robert Blair White arraigned; NOT GUILTY plea entered; Attorney present; , further arraignment set for 11/21/00 for Robert Blair White C/R ECRO (old) (Entered: 11/13/2000) |
| 11/21/2000 | 7 | | MINUTES before Magistrate Judge Gregory G. Hollows: gov't counsel request a three day continuance based on the evidence that she received this morning; defense counsel states he can't argue against a continuance; the court finds there is new and material evidence and states he does need a bail review hearing; bail hearing set for 9:00 11/27/00 for Robert Blair White ; the court also cautions this is a crime of violence and the defense will have to overcome the danger to the community issue (ndd) (Entered: 11/22/2000) |
| 11/21/2000 | 8 | | SUPERSEDING indictment as to Robert Blair White (1) count(s) 1s, 2s, 3s, 4s (ljr) (Entered: 11/22/2000) |
| 11/21/2000 | 9 | | EXHIBITS by defendant Robert Blair White in support of request for bail (ljr) (Entered: 11/22/2000) |
| 11/22/2000 | 10 | | NOTICE (letter) of hearing by Robert Blair White detention hearing set on 2:00 11/21/00 for Robert Blair White (cc: all counsel) (old) (Entered: 11/27/2000) |
| 11/27/2000 | 11 | | MINUTES before Magistrate Judge Gregory G. Hollows of detention hearing; further detention hearing set on 2:00 11/30/00 for Robert Blair White status hearing set for 8:30 12/14/00 for Robert Blair White ; Mark Johnson, James T. Clemente, Kathy O'Rourke, Richard O'Rourke, Denise Tersiguel sworn and testified; Exhibits A-M and 1-20 |

| | | | |
|---|---|---|---|
| | | | submitted; court orders Vacaro Bond of $1,000,000; the court states that it wants dfts sailboat placed in dry dock; C/R Tape 1 of 1 (old) (Entered: 11/28/2000) |
| 11/27/2000 | 12 | | Court description of EXHIBIT and WITNESS list (old) (Entered: 11/28/2000) |
| 11/27/2000 | 13 | | DECLARATION of James T. Clemente in support of governments motion for detention (old) (Entered: 11/28/2000) |
| 11/27/2000 | 14 | | RECEIPT of passport #055577545 for defendant Robert Blair White Receipt # 203 847 (hk) (Entered: 11/28/2000) |
| 11/27/2000 | 15 | | EXHIBITS by defendant Robert Blair White in support of Request for Bail (ndd) (Entered: 11/28/2000) |
| 11/27/2000 | 16 | | SEALED document ( ) (ndd) (Entered: 11/28/2000) |
| 11/27/2000 | 17 | | EXHIBITS in support of gov't motion to detain (ndd) (Entered: 11/28/2000) |
| 11/30/2000 | 18 | | MINUTES before Magistrate Judge Gregory G. Hollows; defense would like to continue the matter; defenase will contact the Clerk for future date; C/R ECRO (old) (Entered: 12/01/2000) |
| 12/06/2000 | 19 | | RULE 40 Documents (2 copies of ECRO tapes of detention hrg of 11/2/00 and 11/6/00) received from Northern Dist CA #5:00-333 PVT as to Robert Blair White (ljr) (Entered: 12/07/2000) |
| 12/06/2000 | 20 | | RULE 40 Documents received from of CA Northern Dist 5:00-333 PVT as to Robert Blair White (ljr) (Entered: 12/08/2000) |
| 12/14/2000 | 21 | | MINUTES before Honorable David F. Levi jury trial of 1/8/01 VACATED; motion due 1/30/01; opposition due 2/20/01; reply due 2/27/01; in-court hearing set for 8:30 3/8/01 for Robert Blair White , excludable XT4 started 12/14/00 to 3/8/01 for Robert Blair White C/R (ndd) (Entered: 12/15/2000) |
| 12/21/2000 | 22 | | MINUTES before Magistrate Judge Gregory G. Hollows further hrg re detention as to dft Robert Blair White ; defense cunsel states he and govt counsel have some proposed changes and disputed areas concering the dft's release; counsel discuss various issues re the special conditions of release and clarify a plethora of issues; C/R ECRO (ljr) (Entered: 12/22/2000) |
| 12/21/2000 | 23 | | TRANSCRIPT DESIGNATION and Ordering Form for dates 12/21/00 bail hearing [23-1] (ljr) (Entered: 12/22/2000) |
| 12/28/2000 | 24 | | TRANSCRIPT of 11/27/00 hearing on detention hearing as to defendant by C/R Dona Euler (as) (Entered: 12/28/2000) |
| 01/09/2001 | 25 | | ORDER SETTING SPECIAL CONDITIONS OF RELEASE by Mag Judge Gregory G Hollows dft Robert Blair White shall |

| | | | |
|---|---|---|---|
| | | | post a US v Vaccaro style bond securing not only his appearance at future proceedings but also securing all conditions of release in the amount of $1,000,000 secured by real and/or personal property in trust; Mr White shall report to and comply with all the rules and regulations of the Pretrial Services Agency; dft shall surrender his passport to the USDC; dft is placed under house arrest and not absent himself from residence without prior approval of the PTO; upon motion of the govt this order setting special conditions of released is HEREBY STAYED pending forthwith appeal to the district court (cc: all counsel) (ljr) (Entered: 01/10/2001) |
| 01/12/2001 | 26 | | TRANSCRIPT of 12/21/00 hearing on further proceeding re detention as to dft Robert Blair White by C/R V/ARS Inc (ljr) (Entered: 01/16/2001) |
| 01/12/2001 | 27 | | TRANSCRIPT of 11/30/00 hearing on further proceedings re detention as to dft Robert Blair White by C/R V/ARS Inc (ljr) (Entered: 01/16/2001) |
| 01/16/2001 | 28 | | APPEAL FROM MAGISTRATE ORDER/DECISION by plaintiff USA in-court hearing set for 8:30 2/8/01 as to defendant Robert Blair White (ljr) (Entered: 01/17/2001) |
| 01/16/2001 | 29 | | APPEAL FROM MAGISTRATE ORDER/DECISION by plaintiff USA in-court hearing set for 8:30 2/8/01 as to defendant Robert Blair White (ljr) (Entered: 01/17/2001) |
| 01/30/2001 | 30 | | NOTICE OF MOTION AND MOTION to continue pretrial motions filing and hrg dates and trial setting dates by dft Robert Blair White hearing set for 8:30 3/8/01 (ljr) (Entered: 01/31/2001) |
| 01/30/2001 | 31 | | MEMORANDUM OF POINTS AND AUTHORITIES by defendant Robert Blair White in support of motion to continue pretial motions filing and hrg dates and trial setting date [30-1] (ljr) (Entered: 01/31/2001) |
| 01/30/2001 | 32 | | DECLARATION by dft of Marcus S Topel in support of motion to continue pretrial motions filing and hrg dates and trial setting date [30-1] (ljr) (Entered: 01/31/2001) |
| 01/30/2001 | 33 | | BRIEF in opposition to gov appeal of order of release by defendant Robert Blair White (hk) (Entered: 01/31/2001) |
| 02/01/2001 | 34 | | LETTER to court from counsel for defendant Robert Blair White enclosing their draft of the special conditions for release of Mr White (old) (Entered: 02/02/2001) |
| 02/05/2001 | 35 | | REPLY by plaintiff USA to dft's brief in opposition to govt's appeal of order setting conditions of pretrial release for Robert Blair White; [29-1] (old) (Entered: 02/06/2001) |
| 02/08/2001 | 36 | | MINUTES before Honorable David F. Levi; hearing on govt's |

| | | | |
|---|---|---|---|
| | | | motion/appeal #28 and #29 release order filed 1/9/01 is ordered revoked; dft to continue in pretrial detention; C/R E Schwartz (Capitol) (old) (Entered: 02/09/2001) |
| 03/02/2001 | 37 | | TRANSCRIPT of 2/8/01 as to defendant Robert Blair White by C/R Esther F Schwartz (ljr) (Entered: 03/05/2001) |
| 03/19/2001 | | | LODGED stipulation and order re pretrial motions filing and hrg dates and trial date by defendant Robert Blair White (ljr) (Entered: 03/20/2001) |
| 03/21/2001 | 38 | | STIPULATION AND ORDER by Honorable David F. Levi motion and initial discovery ddl 4/3/01; opposition ddl 4/13/01; replies ddl 4/17/01; hrg date on motions for Bill of Particulars and Discovery 4/20/01 at 2:00; motions to dismiss ddl set for 6/1/01; oppos ddl 6/15/01; replies ddl 6/29/01; hrg on motion to dismiss 7/12/01 at 8:30; motions to supress filing ddl 6/8/01; oppos ddl 7/3/01; replies ddl 7/17/01; hrg date on motions to suppress 7/26/01 at 8:30; pretrial conf set for 8:30 8/9/01; jury trial set for 8:30 8/20/01 for Robert Blair White ; excludable T2 & T4 started for Robert Blair White (cc: all counsel) - (ljr) (Entered: 03/21/2001) |
| 04/06/2001 | | | LODGED Stipulation and Order re Pretrial motions filing and hearing dates and trial dates by Robert Blair White (ndd) (Entered: 04/09/2001) |
| 04/17/2001 | 39 | | STIPULATION AND ORDER by Honorable David F. Levi: bill of particulars motion and initial discovery motion to be filed by 4/16/01; oppositions due 4/26/01; replies due 5/11/01; hearing on motions set for 2:00 5/25/01 for Robert Blair White ; all other dates are to remain the same as set in the Stip and Order by this Court filed 3/21/01; the Speedy Trial Act findings made in that 3/21/01 Order are incorporated herein (cc: all counsel) - (old) (Entered: 04/17/2001) |
| 07/24/2001 | 40 | | NOTICE of hearing by Robert Blair White change of plea hearing set for 8:00 8/2/01 for Robert Blair White (ljr) (Entered: 07/24/2001) |
| 07/25/2001 | 41 | | LETTER to court from counsel for defendant Robert Blair White regarding change of plea hrg [40-1] (ljr) (Entered: 07/26/2001) |
| 08/02/2001 | 42 | | NOTICE of hearing by Robert Blair White change of plea hearing continued to 8:00 8/9/01 for Robert Blair White (cc: all counsel) (ndd) (Entered: 08/03/2001) |
| 08/09/2001 | 43 | | PLEA Agreement as to Robert Blair White (ljr) (Entered: 08/10/2001) |
| 08/09/2001 | 44 | | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Robert Blair White (ljr) (Entered: 08/10/2001) |

| | | | |
|---|---|---|---|
| 08/09/2001 | 45 | | MINUTES before Honorable David F. Levi guilty plea entered by Robert Blair White (1) count(s) 2s ; presentence report ordered; sentencing hearing set for 8:30 11/8/01 for Robert Blair White C/R D McKinnon (ljr) (Entered: 08/10/2001) |
| 08/14/2001 | 46 | | LETTER to court from Probation Office regarding PSR (ndd) (Entered: 08/15/2001) |
| 11/06/2001 | 47 | | NOTICE of hearing by Federal Defender Office sentencing hearing CONTINUED TO 8:30 12/6/01 for Robert Blair White (cc: all counsel) (mm1) (Entered: 11/07/2001) |
| 11/29/2001 | 48 | | OBJECTIONS by plaintiff USA to presentence report [46-1] (ljr) (Entered: 11/30/2001) |
| 12/05/2001 | | | LODGED stipulation and order re sentencing by defendant Robert Blair White (ljr) (Entered: 12/06/2001) |
| 12/07/2001 | 49 | | STIPULATION AND ORDER by Honorable David F. Levi sentencing hearing reset for 8:30 1/17/02 for Robert Blair White (cc: all counsel) - (ljr) (Entered: 12/07/2001) |
| 01/17/2002 | 50 | | MINUTES before Honorable David F Levi RE: Judgment & Sentencing; deft no appearance, waived Sentencing hearing CONTINUED to 8:00 1/31/02 for Robert Blair White C/R D McKinnon (mm1) (Entered: 01/18/2002) |
| 01/31/2002 | 51 | | MINUTES before Honorable David F. Levi sentencing Robert Blair White (1) count(s) 2s. imprisonment 97 months; recommendation Butner, N.C.; TSR 36 months; fine $75,000; S/A $100 ; right to appeal waived; counts as to Robert Blair White (1) count(s) 1s, 1 , 2 , 3s . DISMISSED , terminating dft Robert Blair White case terminated C/R D McKinnon (ljr) (Entered: 02/01/2002) |
| 01/31/2002 | | | (Court only) Docket Modification (Utility Event) counts as to Robert Blair White (1) count(s) 3, 4s . dismissed (kh) (Entered: 02/12/2002) |
| 02/07/2002 | 52 | | JUDGMENT and Commitment issued as to Robert Blair White by Honorable David F. Levi (ljr) (Entered: 02/07/2002) |
| 03/25/2002 | 53 | | NOTICE by plaintiff USA release of lien for fine/restitution as to Robert Blair White (ljr) (Entered: 03/26/2002) |
| 02/27/2008 | 54 | | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Robert Blair White. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Yin, K) (Entered: 02/29/2008) |
| 03/07/2008 | 55 | | TRANSMITTAL of DOCUMENTS pursuant to 54 Probation 22 Out. (Yin, K) (Entered: 03/07/2008) |

View Selected

or

Download Selected