Filed
AUG 2 5 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  DANIEL F. COOK (State Bar No. 70484)
   DCook@kasowitz.com
2  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   101 California Street, Suite 2050
3  San Francisco, CA 94111
   Telephone: (415) 421-6140
4  Facsimile: (415) 398-5030

5  Counsel for Defendant
   ROBERT BLAIR WHITE
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11  UNITED STATES OF AMERICA,        Case No: CR 08-00089-01 JF

12          Plaintiff,
                                     **STIPULATION AND ORDER
13      vs.                          (PROPOSED) RE CONTINUANCE OF
                                     INITIAL APPEARANCE DATE**
14  ROBERT BLAIR WHITE,

15          Defendant.

16

17                        **STIPULATION**

18      It is hereby stipulated by and between Assistant United States Attorney Thomas Colthurst,

19  counsel for plaintiff, and Daniel F. Cook, of the law firm Kasowitz, Benson, Torres & Friedman

20  LLP, counsel for defendant Robert Blair White, that the initial appearance date of defendant

21  Robert Blair White, presently set for Thursday, August 27, 2009, at 9:30 a.m. before Magistrate

22  Judge Richard Seeborg, be continued to September 3, 2009, at 9:30 a.m., before Magistrate Judge

23  Howard C. Lloyd, in Courtroom 2, Fifth Floor, 280 South 1st Street, San Jose, CA 95113.

24      This stipulation is based upon the unavailability of defense counsel on August 27, 2009,

25  due to a medical procedure being performed that date.

26      Defense counsel has discussed the need for a continuance with United States Probation

27  Officer Esmerelda Gupton, who has no objection to the requested continuance of the initial

28  appearance date to September 3, 2009.

1  Counsel will notify defendant Robert Blair White of the new initial appearance date and,
2  if required, file an acknowledgment by defendant Robert Blair White of the new initial
3  appearance date.

4  DATED: August 24, 2009             /s/ Thomas Colthurst

5                                     THOMAS COLTHURST

6                                     Assistant United States Attorney
7                                     Counsel for Plaintiff

8  DATED: August 24, 2009             KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

11                                 By: /s/ Daniel F. Cook

12                                     DANIEL F. COOK

13                                     Counsel for Defendant
14                                     ROBERT BLAIR WHITE

## ORDER (~~PROPOSED~~)

Based upon the above stipulation, IT IS SO ORDERED.   The initial appearance date of defendant Robert Blair White of August 27, 2009, at 9:30 a.m. before Magistrate Judge Richard Seeborg, is hereby continued to September 3, 2009, at 9:30 a.m., before Magistrate Judge Howard C. Lloyd, in Courtroom 2, Fifth Floor, 280 South 1st Street, San Jose, CA 95113.

DATED: 8/25/09

HONORABLE RICHARD SEEBORG
United States Magistrate Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 CALIFORNIA STREET, SUITE 2050
SAN FRANCISCO, CALIFORNIA 94111

2

STIPULATION & ORDER (PROPOSED) RE
CONT. OF INITIAL APEARANCE DATE

No: CR 08-00089-01 JF