```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CSBN 209013)
    Assistant United States Attorney
 5
        150 Almaden Blvd., Suite 900
 6      San Jose, California 95113
        Telephone:  (408) 535-5056
 7      FAX: (408) 535-5066
        Susan.Knight@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-00089 JF |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE |
| v. | ) | |
| ROBERT BLAIR WHITE, | ) | SAN JOSE VENUE |
| Defendant. | ) | |

The undersigned parties respectfully request that the status hearing currently scheduled for April 22, 2010 be continued to May 6, 2010 at 9:00 a.m. The reason for the continuance is that the parties are waiting for the results from a polygraph examination that Mr. White took on April 19, 2010. Probation Officer Esmerelda Gupton has been notified and has not objection to the continuance.

SO STIPULATED:                    JOSEPH P. RUSSONIELLO
                                  United States Attorney

DATED: 4/21/10                    _____/s/_____
                                  SUSAN KNIGHT
                                  Assistant United States Attorney

DATED: 4/21/10                    _____/s/_____
                                  DANIEL F. COOK
                                  Counsel for Mr. White

STIPULATION AND [PROPOSED] ORDER
CR 08-00089 JF                              1

1  Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing for
2  <u>United States v. White</u> scheduled for April 22, 2010 is continued to May 6, 2010 at 9:00 a.m.
3  SO ORDERED.

5  DATED: 4/22/10

   _____
   JEREMY FOGEL
   United States District Judge